Appeal Status/Deficiency (apedef.jsp)(05/2012)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington

In Re:

Jack Carlton Cramer, Jr

Debtor(s).

Case No.: 18−13383−CMA
Chapter: 7
USDC Number: 20−cv−00821 JCC
BAP Number: 20−1123
Internal Appeal Number: 20−S005

## NOTICE OF APPEAL STATUS/NOTICE OF DEFICIENCY

**TO: USDC**

Appeal documents due date: **June 19, 2020**.

The US Bankruptcy Court for the Western District of Washington is unable to certify that the record is complete for the purposes of appeal for the reasons listed below:

☐ Filing Fee not paid.

☐ Appellant Designation of Record not filed.

☐ Appellant Statement of Issues not filed.

☑ Requested Transcript not filed:
    **Reporter Name: Shari Wheeler**
    **Transcript Due Date: 07/06/2020**
    **Judge: Christopher M Alston**
    **Transcript date(s): 4/24/2020, 5/28/2020**
    New deadline granted to Reporter :

☑ Other: **Consolidated appeals. USDC Appeal No: 20−cv−00821 JCC consolidated with USDC Appeal No: 20−cv−00820 JCC.**

**Deputy Clerk Processing this Appeal:**
    Name and Phone: **Renato Cacho, 206−370−5262**
    US Bankruptcy Court
    Western District of Washington
    District No: 0981, Office No: **2**

DATED: June 22, 2020

                                                          Mark L. Hatcher
                                                          Clerk, U.S. Bankruptcy Court