```
MIME-Version:1.0
From:ecfwebmaster@wawb.uscourts.gov
To:ecfwebmaster
Bcc: HenryDeGraaffPS@jubileebk.net, mainline@hdm-legal.com, chenry@hdm-legal.com, edubay@tomasilegal.com, ejw@trustesolutions.net, ewoodl@aol.com, jramig@tomasilegal.com, patti@liveslaw.com, rory@liveslaw.com
Do not notice for BK case:

Message-Id:<33513344@wawb.uscourts.gov>
Subject:Jack Carlton Cramer, Jr 18-13383-CMA Ch 7  Certificate of Readiness
```

Content-Type  text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

**U.S. Bankruptcy Court  Western District of Washington**

### Do not reply to this email. If you have questions, contact the Clerk's Office.

Notice of Electronic Filing

The following transaction was received from Cacho, Renato entered on 7/15/2020 at 10 34 AM PDT and filed on 7/15/2020
**Case Name:**  Jack Carlton Cramer, Jr
**Case Number:**  18-13383-CMA
**Docket Text:**  Certificate of Readiness Transmitted to District Court. All transcripts ordered by the parties are on file with the USBC. The record of appeal is ready for the purposes of this appeal. Case Number  USDC 20-00820 JCC. BK Internal Appeal Number 20-S004 and 20-S005 (Related document(s)[149] Notice of Appeal and Statement of Election, [161] Notice of Appeal and Statement of Election). Check Status of Appeal by 1/11/2021. (RQC)
**Document Number:**  204

The above document(s) are associated with this transaction

**18-13383-CMA Notice will be electronically mailed to:**

Eleanor A DuBay on behalf of Creditor 21st Mortgage Corporation
edubay@tomasilegal.com, jramig@tomasilegal.com

Christina L Henry on behalf of Debtor Jack Carlton Cramer, Jr
chenry@hdm-legal.com, HenryDeGraaffPS@jubileebk.net;mainline@hdm-legal.com

Rory C Livesey on behalf of Interested Party Courtesy NEF
rory@liveslaw.com, patti@liveslaw.com

Martin L. Smith on behalf of US Trustee United States Trustee
martin.l.smith@usdoj.gov, Young-Mi.Petteys@usdoj.gov;Tara.Maurer@usdoj.gov;Martha.A.VanDraanen@usdoj.gov

United States Trustee
USTPRegion18.SE.ECF@usdoj.gov

Edmund J Wood
ewood1@aol.com, ejw@trustesolutions.net

**18-13383-CMA Notice will not be electronically mailed to:**

Richard N Ginnis
,

Rich Kim
Lumin Brokers
,