THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACK CARLTON CRAMER, JR., | CASE NO. C20-0820-JCC |
| Appellant, | MINUTE ORDER |
| v. | |
| EDMUND J. WOOD, | |
| Appellee. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion regarding their settlement in principle (Dkt. No. 10). The parties state that they have agreed in principle to settle this matter and that a motion for approval of the settlement is set for hearing on August 28, 2020, before the United States Bankruptcy Court for the Western District of Washington. (*See id.* at 1.) Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS as follows:

1. All case management deadlines in this case are VACATED;
2. The parties are ORDERED to file a stipulated dismissal or a joint status report regarding their progress in finalizing the settlement no later than 30 days after the Bankruptcy Court holds a hearing on the motion for approval of the settlement; and

MINUTE ORDER
C20-0820-JCC
PAGE - 1

3. The Clerk is DIRECTED to statistically close this case.

DATED this 10th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C20-0820-JCC
PAGE - 2