THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACK CARLTON CRAMER, JR., <br><br> Appellant, <br><br> v. <br><br> EDMUND J. WOOD, <br><br> Appellee. | CASE NO. C20-0820-JCC <br><br> WAW BANKRUPTCY APPEAL NOS. 20-S004 & 20-S005 <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and amended stipulation for an order of dismissal (Dkt. Nos. 12, 13). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if a notice of a stipulation of dismissal is signed by all parties who have appeared. The instant stipulation meets this requirement and, accordingly, is self-executing. Fed. R. Civ. P. 41(a)(1)(A). This action is therefore DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case and Case No. C20-0821-JCC.

//

//

//

1    DATED this 4th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER, C20-0820-JCC
PAGE - 2